UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |
|---|---|
| ADAM GHADIRI,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN TIRE DEPOT FULLERTON, ATV, Inc., HYE, LLC,<br><br>Defendants. | Case No.: SACV 19-00382-CJC(DFMx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Plaintiff Adam Ghadiri filed this case on February 27, 2019, asserting claims under the Americans with Disabilities Act and California's Unruh Civil Rights Act against Defendants American Tire Depot Fullerton, ATV, Inc., and HYE, LLC. (Dkt. 1.) On September 20, 2019, the Court denied Plaintiff's motion for default judgment because Plaintiff failed to submit a declaration in compliance with Local Rule 55-1. (Dkt. 23 at

2.) The Court also dismissed the Complaint without prejudice, explaining that it could not understand Plaintiff's ambiguous and contradictory allegations. (*Id.* at 3.) The Court specifically pointed to paragraph 9 of Plaintiff's Complaint as an example of the confusing nature of Plaintiff's allegations. (*Id.*) The Court ordered Plaintiff to file any amended complaint by October 4, 2019. (*Id.*)

On October 3, 2019, Plaintiff filed a First Amended Complaint. (Dkt. 24.) Unfortunately, the First Amended Complaint added no clarifying information, as shown in a comparison of paragraph 9—the specific paragraph the Court identified as having deficiencies—from the two pleadings:

| Complaint (Dkt. 1) | First Amended Complaint (Dkt. 24) |
|---|---|
| Plaintiff went to AMERICAN TIRE DEPOT FULLERTON in or about January 2019 for routine business. When entering the parking lot, Plaintiff noticed there was no handicap parking space and no signs posted to indicate the location of reserved handicap parking. There was a van access space. However, the paint is faded out and not visible. The condition of the parking lot, therefore, denied Plaintiff, as a disabled person, full and equal access to the business and caused him difficulty and frustration in his attempts to consummate business there. | Plaintiff went to AMERICAN TIRE DEPOT FULLERTON in or about January 2019 for routine business. Upon entering the parking lot, Plaintiff noticed there were no signs posted to indicate the location of reserved handicap parking and there was no handicap parking space. There was a van access space however, the paint is faded out and not visible. The condition of the parking lot, therefore, denied Plaintiff, as a disabled person, full and equal access to the business and cost him difficulty and frustration in his attempts to consummate business there. |

The Court again dismissed Plaintiff's First Amended Complaint with leave to amend, explaining specifically the reasons it could not understand Plaintiff's claims:

> As before, the Court cannot understand Plaintiff's complaint. Is it that there is no handicap parking space? (The Court thinks the answer is no, because Plaintiff alleges there was a van access space.) Is it that there was not enough signage on the handicap space? (The Court thinks the answer is no, because

Plaintiff alleges there was no handicap space, so why would there be a sign?) Is it that there was no sign on the van access space? (The Court thinks the answer is no, because Plaintiff only seems to allege that there was faded paint as to the van access space.)

(Dkt. 26.)

The Court ordered Plaintiff to file any amended complaint by Friday, October 25, 2019. Three and a half weeks after the deadline, no amended complaint has been filed. For this reason, and for the reasons explained in the Court's orders dismissing Plaintiff's complaint and First Amended Complaint (Dkts. 23, 26), the Court **DISMISSES** Plaintiff's case with prejudice.

DATED: November 20, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE